# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2178

_____

| | | |
|---|---|---|
| Mary J. Roselli, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Paul H. O'Neill, | * | |
| Secretary of the Treasury, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: January 14, 2004

Filed: March 15, 2004

_____

Before BYE, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Mary Roselli appeals from a final order entered in the district court[1] granting summary judgment in an employment discrimination action in favor of her employer, the Internal Revenue Service ("IRS"). Roselli claimed that she was discriminated against on the basis of her age, gender, and race in violation of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), and the Age Discrimination in Employment Act, 29

_____

[1] The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri.

U.S.C. § 621, *et seq*. She also claims that after filing her Equal Employment Opportunity complaints, she was retaliated against when she was not promoted to various positions at the IRS. The district court granted the IRS summary judgment on each of Roselli's eight allegations, concluding that Roselli had failed to exhaust her administrative remedies as to some claims, failed to show that the legitimate, non-discriminatory reason for her non-selection was pretextual as to other claims, and failed to show that she was subjected to an adverse employment action to support her retaliation claim. Having carefully reviewed the record, we find no error in the trial court's disposition of this matter. Therefore, the judgment is affirmed. *See* 8th Cir. R. 47B.

_____